IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

WILLIAM G. ORVIS AND HELEN B. ORVIS

Plaintiffs,

v.

WORKFORCE PRODUCTS

Defendant and Third Party Plaintiff

v.

DUANE JONES d/b/a DJ's REMODELING

Third-Party Defendant

Civ. No. 00-943 DWF/AJB

**ORDER**

Pursuant to the Stipulation between the parties, William G. and Helen B. Orvis, Workforce Products, and Duane Jones d/b/a DJ's Remodeling, this Court hereby orders that the deadline for expert disclosures to be filed by the parties has been extended 30 days. Thus Plaintiffs will submit their expert disclosures on February 28, 2001 followed by Defendant's submission on April 2, 2001.

Date: 2/5/01

Judge

FILED FEB 05 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK