**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| William G. Orvis and Helen B. Orvis, his wife,<br><br>Plaintiffs,<br><br>vs.<br><br>Workforce Products, an Ohio Corporation,<br><br>Defendant and Third Party Plaintiff,<br><br>vs.<br><br>Duane Jones, d/b/a DJ's Remodeling,<br><br>Third Party Defendant. | FILE NUMBER: CIV 00-943 DWF/AJB<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

## STIPULATION

The parties hereby stipulate that they have reached a settlement and the above-captioned action may be dismissed in its entirety with prejudice and on the merits and without costs to any party.

YAEGER, JUNGBAUER, BARCZAK
& VUCINOVICH, PLC

Dated:____________

By: *Paula M. Jossart*
Paula M. Jossart (License #0295292)
Attorneys for Plaintiffs
745 Kasota Avenue
Minneapolis, MN 55414
Telephone: (612) 333-6371

JUN 15 2001
FILED____________
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________

GRAY, PLANT, MOOTY, MOOTY
& BENNETT, P.A.

Dated: 6/14/01

By: ______________________
Erik T. Salveson (License #177969)
Attorneys for Defendant Workforce Products
3400 City Center
33 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 343-2800

BROWN & CARLSON, P.A.

Dated: ___________

By: ______________________
Mark G. Pryor (License #177738)
Attorneys for Third-Party Defendant
8085 Wayzata Boulevard, Suite 200
Minneapolis, MN 55426-1457
Telephone: (763) 591-9950

**ORDER**

**IT IS HEREBY ORDERED**, pursuant to the foregoing Stipulation, that the above-captioned action is dismissed in its entirety with prejudice and on the merits and without costs to any party.

**BY THE COURT:**

Dated: June 15, 2001

______________________
The Honorable Donovan W. Frank
Judge of United States District Court

GP:779927 v1